**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br>　　　　Plaintiff,<br>　　v.<br>Archibong Ekpenyong,<br>　　　　Defendant,<br>and<br>Whataburger Restaurants of Arizona, Inc.,<br>　　　　Garnishee. | **CV 00-116-TUC-FRZ (GEE)**<br><br>**ORDER** |

　　On February 22, 2000, the Government filed this action claiming the Defendant owes a debt to the United States as a result of an educational loan. The Defendant failed to appear, and the Court issued a default judgment on May 2, 2000.

　　Pending before the Court is a Motion for Entry of a Garnishment Disposition Order filed by the Government on October 19, 2006. The Defendant failed to appear or file a response.

　　On November 1, 2006, Magistrate Judge Glenda E. Edmonds issued her Report and Recommendation, recommending that the District Court, after its independent review of the record, grant the Motion for Entry of a Garnishment Disposition Order.

　　The Clerk of the Court was directed to send a copy of the Report and Recommendation to all parties. No objections have been filed.

The Report and Recommendation is submitted to the undersigned by random lot under the direction of the Clerk of the Court.

The Court, having made an independent review of the record herein, finds that the Report and Recommendations of Magistrate Judge Edmonds should be adopted as the findings of fact and conclusions of law of this Court.

Based on the foregoing,

**IT IS ORDERED** that Magistrate Judge Edmonds' Report and Recommendation is hereby **ACCEPTED** and **ADOPTED** as the findings of fact and conclusions of law by this Court;

**IT IS FURTHER ORDERED** that the Motion for Entry of a Garnishment Disposition Order is **GRANTED**.

DATED this 30th day of November, 2006.

*Frank R. Zapata*
FRANK R. ZAPATA
United States District Judge